AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

JACQUELINE CZARNECKI
3223 Canterbury Lane
Fallston, Maryland 21047

*Plaintiff(s)*

v.

Leslie F. Buchanan 1005 Cherry Street Weaver, AL 36277 & Bae Systems Inc 1209 Orange Street Wilmington, DE 19801

*Defendant(s)*

Civil Action No. BAH 26-cv-3520

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bae Systems Inc
1209 Orange Street
Wilmington, DE 19801
Serve On Resident Agent:
United Agent Group, Inc.
2405 York Road Suite 201-C
Lutherville Timonium, Maryland 21093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark Rosasco, Hyatt & Weber, P.A. Bar No #07470
200 Westgate Circle Suite 500
Annapolis, Maryland 21401
410 266-0626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For The District Of Maryland

Brian Ames

*Signature of Clerk or Deputy Clerk*

Date: 09/04/2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-3520

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify):*

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________

*Server's signature*

______________________________

*Printed name and title*

______________________________

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

JACQUELINE CZARNECKI
3223 Canterbury Lane
Fallston, Maryland 21047

*Plaintiff(s)*

v.

Leslie F. Buchanan 1005 Cherry Street Weaver, AL 36277 & Bae Systems Inc 1209 Orange Street Wilimington, DE 19801

*Defendant(s)*

Civil Action No. BAH 26-cv-3520

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Leslie F. Buchanan
1005 Cherry Street
Weaver, AL 36277

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark Rosasco, Hyatt & Weber, P.A. Bar No #07470
200 Westgate Circle Suite 500
Annapolis, Maryland 21401
410 266-0626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/04/2026

*Signature of Clerk or Deputy Clerk*

United States District Court For The District Of Maryland

Brian Ames

Civil Action No. 26-cv-3520

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: